# Court of Appeals

## Tenth Appellate District of Texas

---

### 10-25-00192-CR

---

Howard Eugene Davis,
Appellant

v.

The State of Texas,
Appellee

---

On appeal from the
19th District Court of McLennan County, Texas
Judge Thomas C. West, presiding
Trial Court Cause No. 2014-1691-C1

---

JUSTICE SMITH delivered the opinion of the Court.

### MEMORANDUM OPINION

Howard Eugene Davis pled guilty to the offense of aggravated robbery and was sentenced to thirty-five years in prison. The Amarillo Court of Appeals affirmed his conviction. *See Davis v. State*, No. 07-15-00370-CR, 2016 WL 1398537, at *2 (Tex. App.—Amarillo Apr. 6, 2016) (mem. op., not designated for publication). Davis now appeals the trial court's order denying his motion for post-conviction DNA testing of a firearm under Chapter 64 of

the Code of Criminal Procedure. *See* TEX. CODE CRIM. PROC. ANN. art. 64.01, et seq.

Davis's appellate counsel filed a motion to withdraw and an *Anders* brief in support of the motion asserting that the appeal presents no issues of arguable merit. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). Counsel's brief demonstrates a professional evaluation of the record for error and he has demonstrated compliance with the other duties of appointed counsel. *See id.* at 744; *High v. State*, 573 S.W.2d 807, 812-13 (Tex. Crim. App. [Panel Op.] 1978); *see also Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403, 407-09 (Tex. Crim. App. 2008). Davis filed a *pro se* response to counsel's *Anders* brief. The State also filed a response.

In reviewing an *Anders* appeal, we must conduct a full examination of the proceedings to determine whether the appeal is wholly frivolous. *Anders*, 386 U.S. at 744; *see Penson v. Ohio*, 488 U.S. 75, 80, 109 S. Ct. 346, 349-50, 102 L. Ed. 2d 300 (1988). Arguments are frivolous when they "cannot conceivably persuade the court." *McCoy v. Ct. of Appeals*, 486 U.S. 429, 436 (1988). We have reviewed the record, counsel's brief, Davis's *pro se* response, and the State's response, and we find that the appeal is frivolous. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, we affirm the trial court's order denying Davis's Chapter 64 motion for DNA testing. Counsel's motion to withdraw from representation of Davis is granted.

_____
STEVE SMITH
Justice

OPINION DELIVERED and FILED:  October 23, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Affirmed; Motion granted
Do not publish
CRPM

